**Court of Criminal Appeals**
P.O. Box 12308
Austin, Texas 78711-2308

*78,395-05*
*-06*
*-07*

24th March 2017

RE: **Ex parte ZIRUS**, WR-78,395-05; -06; -07

    **\* Trial Court Clerk never sent Applicant filings**

    **\* Supporting Exhibits for filing Subsequent Writ**


Recently I received the Courts postcard that it has filed my writ of Habeas Corpus over my convictions. I would like to notify the Court that the Trial Court Clerk never notified me if the State made an answer or if the Trial Court made any findings or rulings pertaining to my Writ.
In the event the State did make an answer or there were rulings/findings that were never sent to me, I would like to have a chance to properly respond at the Trial Court level. See, **Ex parte Flores**, 365 S.W.3d 687 (Tex. Crim. App. 2012).

Also I would like to ensure the Trial Court sent ALL my supporting Exhibits to this Court. On the 21st February 2017 I sent the Trial Court Clerk a Supplemental Exhibit of my **TDCJ Orientation Handbook** (Exhibit O) showing TDCJ had even told me the **wrong information about my parole eligibility** when arriving at prison.
I also sent a **Supplemental Affidavit** (Exhibit N) supporting why the parole eligibility claims were factually unavailable when I filed my initial Habeas application.
I ask the Court to ensure it has these Exhibits and the numerous other Exhibits I filed as they support the reason why I could not have raised my grounds concerning parole eligibility in my first Writ of Habeas Corpus. As I have shown specifically within my Writ and Memorandum in Support of how I meet the subsequent writ requirements of Tex. Crim. Proc. 11.07, sec 4, I ask that it consider Granting me relief. See, **Ex parte Madding**, 70 S.W.3d 131 (Tex. Crim. App. 2002).

Sincerely,

*Scott Zirus*

**Scott Zirus** #1640002
Robertson Unit
12071 F.M. 3522
Abilene, TX 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 29 2017

Abel Acosta, Clerk

CC: FILE